IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 2 2 2007

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TAHIRAH THOMPSON,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 4:06CV3916 |
| TIME WARNER CABLE INC.,<br>Defendant. | §<br>§<br>§ | |

## PLAINTIFFS MOTION FOR NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, as Movant herein, and brings this Motion for Non-Suit, and in support thereof, shows the court the following:

I.

Movant filed the above-entitled and numbered cause against Defendant.

II.

Movant requests that the Court enter a non-suit against defendant, with prejudice.

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court grants this motion and enters an Order granting the non-suit as requested herein.

Respectfully submitted,

By:

George L. Powell, Jr.
Attorney-in-Charge
Texas Bar No. 24034632
Southern District Bar No: 32035
801 Congress, Suite 350
Houston, Texas 77002
Tel. (713)225-5151
Fax. (713)224-3111
Attorney for Plaintiff
Tahirah Thompson

## CERTIFICATE OF SERVICE

This is to certify that on March 21, 2007, a true and correct copy of the above and

foregoing document was served on all attorneys of record in this cause.

George L. Powell, Jr.

TAHIRAH THOMPSON,    §
    Plaintiff,    §
            §
vs.          § **CIVIL ACTION NO. 4:06CV3916**
            §
TIME WARNER CABLE INC.,  §
    Defendant.   §

## ORDER GRANTING
## <u>PLAINTIFFS MOTION FOR NON-SUIT</u>

On _____, the Court considered the Plaintiff's Motion for Non Suit and after reviewing the evidence and hearing the arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion for Non-Suit is **GRANTED** and the above-styled and numbered cause is dismissed as to defendant, with prejudice to Plaintiff.

**SIGNED** on _____, _____.

_____
JUDGE PRESIDING

Approved AS TO FORM:

By:_____
George L. Powell, Jr.
Attorney-in-Charge
Texas Bar No. 24034632
Southern District Bar No: 32035
801 Congress, Suite 350
Houston, Texas 77002
Tel. (713)225-5151
Fax. (713)224-3111
Attorney for Plaintiff
Tahirah Thompson

By:_____

Laura Gibson
Attorney-in-Charge
Texas Bar No. 07869350
Southern District Bar No:  81
1900 South Pennzoil Tower
711 Louisiana
Houston, Texas  77002
Tel. (713) 844-3000
Fax. (713) 844-3030
Attorney for Defendant
Time Warner